IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Angela Marshall, et al., | ) | No. CV 11-01154-PHX-FJM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Multi-Systems, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the parties' stipulation under Rule 41(a)(2), Fed. R. Civ. P.,

**IT IS HEREBY ORDERED** that this action, and all of the plaintiffs' claims herein, be dismissed in their entirety, with prejudice and on the merits, and without awarding attorneys' fees, costs, or disbursements to any party.

Dated this 15th day of February, 2012.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge

-1-